UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOANN M. REVILLE,

                           Plaintiff,

                                                                                    ORDER
          v.                                                                              04-CV-258A

NIAGARA FRONTIER TRANSPORTATION
AUTHORITY,

                           Defendant.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 7, 2008, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that deendant's motion for summary judgment be denied, without prejudice to renewal.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion for summary judgment is denied, without prejudice to renewal.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

                                        s/ *Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

DATED:  May   30, 2008